**MILLENNIUM DENTAL TECHNOLOGIES, INC.,**
**Plaintiff–Appellant,**

v.

**FOTONA D.D., Defendant–Appellee.**

**No. 2010–1428.**

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2012.

## ON MOTION

### *ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss the appeal from *Millennium Dental v. Fotona D.D.*, case no. 09–CV–1792 (C.D.Cal.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.